Craig S. ADAMS, Appellant,

v.

Janet VANWORMER, Respondent.

No. WD 51048.

Missouri Court of Appeals,
Western District.

Nov. 28, 1995.

Craig S. Adams, Jefferson City, pro se.

Janet VanWormer, Kansas City, pro se.

Before ELLIS, P.J., and HANNA and SPINDEN, JJ.

## ORDER

PER CURIAM:

Craig S. Adams, who is incarcerated at the Missouri Department of Corrections, appeals the trial court's order denying his motion to proceed as a poor person and dismissing his petition with prejudice as a frivolous lawsuit without merit.

Affirmed. Rule 84.16(b).